**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **HOUSTON IN PATIENT PHYSICIAN ASSOCIATES, PLLC,** | § | |
| ***Plaintiff*,** | § | |
| **v.** | § | **CIVIL ACTION NO. 4:26-cv-4105** |
| **AETNA LIFE INSURANCE COMPANY,** | § | |
| ***Defendant*.** | § | |

**NOTICE OF REMOVAL OF CIVIL ACTION**

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Aetna Life Insurance Company ("Aetna" or "Defendant") gives notice of the removal of this action from the 164th Judicial District Court of Harris County, Texas to the United States District Court for the Southern District of Texas, Houston Division. The grounds in support of this Notice of Removal are well-grounded in fact, warranted by existing law, and not interposed for an improper purpose as follows:

1. **The State Court Action, Parties, and Pleadings.** Plaintiff Houston In Patient Physician Associates, PLLC ("Plaintiff" or "HIPPA") filed its Original Petition (the "Petition") on April 16, 2026, in the 164th Judicial District Court of Harris County, Texas, under Case No. 2026-25657 (the "State Court Action"). A true and correct copy of the Petition is attached as Exhibit 1.

2. The Petition names Aetna Life Insurance Company as the only Defendant. Plaintiff alleges that it is a limited liability company conducting business in Harris County, Texas. Plaintiff further alleges that Aetna is a foreign business entity licensed to operate in Texas.

3. Plaintiff asserts state-law causes of action against Aetna for breach of contract, negligence, and alleged violations of the Texas Prompt Payment Act, and alleges damages of at least $163,617.00.

4. **Service and State-Court Filings.** The return of service reflects that Aetna was served with citation and Plaintiff's Original Petition on April 24, 2026. A true and correct copy of the citation and return of service is attached as Exhibit 2.

5. As required by 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served on Aetna in the State Court Action are attached to this Notice.

6. **This Notice Is Timely Pursuant to 28 U.S.C. § 1446(b).** This Notice of Removal is timely because it is filed within thirty (30) days after Aetna's receipt of the initial pleading through service. Aetna was served on April 24, 2026.

7. **Diversity Jurisdiction Exists Pursuant to 28 U.S.C. § 1332.** The State Court Action may be removed to this Court because (i) the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and (ii) there is complete diversity between Plaintiff and Aetna. 28 U.S.C. § 1332(a).

8. **The amount in controversy exceeds $75,000.00.** Plaintiff alleges it has suffered damages of $163,617.00, and also seeks statutory penalties and interest, attorneys' fees, prejudgment and post-judgment interest, costs, and all other available relief. *See* Exhibit 1, ¶¶ 8, 14, 29-33.

9. **There is complete diversity between Plaintiff and Aetna.** Aetna Life Insurance Company is a Connecticut corporation with its principal place of business in Hartford, Connecticut. A true and correct copy of the Connecticut Insurance Department Financial Examination Report for Aetna Life Insurance Company, which states that Aetna Life Insurance

Company is incorporated under the laws of Connecticut and has its statutory home office and main administrative office at 151 Farmington Avenue, Hartford, Connecticut, is attached as Exhibit 5.

10. Plaintiff alleges that it is a limited liability company conducting business in Harris County, Texas. *See* Exhibit 1, ¶ 2. For diversity purposes, a limited liability company is a citizen of every state in which any of its members is a citizen. *See Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1080 (5th Cir. 2008). Based on Aetna's reasonable inquiry to date, including review of Plaintiff's pleadings and public records available from the Texas Secretary of State, Aetna has no reason to believe that any member of Plaintiff is a citizen of Connecticut. Accordingly, Plaintiff is not a citizen of Connecticut, Aetna is a citizen of Connecticut, and complete diversity exists.

11. **The forum-defendant rule does not bar removal.** Aetna is not a citizen of Texas. Because no properly joined and served defendant is a citizen of the State of Texas, removal is not barred by 28 U.S.C. § 1441(b)(2).

12. **This Court is the proper federal court for removal under 28 U.S.C. § 1441(a)** because the State Court Action is pending in Harris County, Texas, which is within the Southern District of Texas, Houston Division. *See* 28 U.S.C. § 124(b)(2).

14. **No Consent Required.** Aetna is the only Defendant named in the State Court Action. Therefore, no consent from any other defendant is required. *See* 28 U.S.C. § 1446(b)(2)(A).

15. **Notice Filed in State Court Action.** Pursuant to 28 U.S.C. § 1446(d), Aetna will promptly file a copy of this Notice of Removal with the Clerk of the 164th Judicial District Court of Harris County, Texas, and will serve a copy upon counsel for Plaintiff.

16. **List of Counsel of Record.** Pursuant to Southern District of Texas Local Rule 81, Aetna attaches as Exhibit 6 a list of all counsel of record, including addresses, telephone numbers, and parties represented. *See* Exhibit 6, List of Counsel of Record.

17. **Reservation of Rights.** By removing this action, Aetna does not waive, and expressly reserves, all defenses, objections, rights, and remedies, including defenses pleaded or available in the State Court Action and any defenses arising under the Texas Business and Commerce Code, the Uniform Commercial Code, banking law, payment-system rules, ERISA, applicable contracts, plans, policies, or statutes.

Based on the foregoing, Aetna removes this action from the 164th Judicial District Court of Harris County, Texas to the United States District Court for the Southern District of Texas, Houston Division, and prays for resolution by this Court of all issues raised herein.

Respectfully submitted,

By: */s/ M. Katherine Strahan*______
**John B. Shely**
State Bar No. 18215300
Fed No. 7544
*jshely@Hicks-Thomas.com*
**M. Katherine Strahan**
State Bar No. 24013584
Fed No. 24259
*kstrahan@Hicks-Thomas.com*
**Bridget Vick**
State Bar No. 24069444
Fed No. 1061856
*bvick@hicks-thomas.com*
**Tim Almohamad**
State Bar No. 24142631
Fed. No. 3914740
*Talmohamad@hicks-thomas.com*
HICKS THOMAS LLP
700 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 547-9100

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I certify that on May 22, 2026, a true and correct copy of the foregoing document was served on all counsel of record in accordance with the applicable rules.

By: */s/ Tim Almohamad*________
Tim Almohamad