**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **HOUSTON IN PATIENT PHYSICIAN ASSOCIATES, PLLC,** | § | |
| *Plaintiff,* | § | |
| **v.** | § | **CIVIL ACTION NO. 4:26-cv-4105** |
| **AETNA LIFE INSURANCE COMPANY,** | § | |
| ***Defendant.*** | § | |

**INDEX OF REMOVAL FILINGS**

| | |
|---|---|
| | Notice of Removal |
| | Civil Cover Sheet |
| **Exhibit 1** | Plaintiff's Original Petition |
| **Exhibit 2** | Citation and Return of Service |
| **Exhibit 3** | Defendant Aetna Life Insurance Company's Original Answer |
| **Exhibit 4** | State Court Docket Sheet |
| **Exhibit 5** | Connecticut Insurance Department Financial Examination Report (Aetna) |
| **Exhibit 6** | List of All Counsel of Record |

Respectfully submitted,

By: */s/ M. Katherine Strahan*

**John B. Shely**
State Bar No. 18215300
Fed No. 7544
*jshely@Hicks-Thomas.com*
**M. Katherine Strahan**
State Bar No. 24013584
Fed No. 24259
*kstrahan@Hicks-Thomas.com*
**Bridget Vick**
State Bar No. 24069444
Fed No. 1061856
*bvick@hicks-thomas.com*
**Tim Almohamad**
State Bar No. 24142631
Fed. No. 3914740
*Talmohamad@hicks-thomas.com*
HICKS THOMAS LLP
700 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 547-9100

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I certify that on May 22, 2026, a true and correct copy of the foregoing document was served on all counsel of record in accordance with the applicable rules.

By: */s/ Tim Almohamad*
Tim Almohamad