# EXHIBIT

# 2

Receipt Number: 1057105
Tracking Number: 74642004

EML
**COPY OF PLEADING PROVIDED BY PLT**

4/28/2026 8:54 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 114183009
By: Kelly Puente
Filed: 4/28/2026 8:54 AM

CAUSE NUMBER: 202625657

| | |
|---|---|
| PLAINTIFF: HOUSTON IN PATIENT PHYSICIAN ASSOCIATES PLLC | In the 164th Judicial |
| vs. | District Court of |
| DEFENDANT: AETNA LIFE INSURANCE COMPANY | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: AETNA LIFE INSURANCE COMPANY (A FOREIGN BUSINESS ENTITY) MAY BE SERVED BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN STREET SUITE 900
DALLAS TX 75201

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.

This instrument was filed on April 16, 2026, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this April 23, 2026.




Marilyn Burgess

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: JOSHUA HALL

Issued at request of:
MADDEN, KEVIN MICHAEL
16310 STATE HIGHWAY 249, UNIT 1304
HOUSTON, TX 77064
281-888-9681
Bar Number: 24041376

Unofficial Copy Office of Marilyn Burgess District Clerk

Cause No. 2026-25657

| | | |
|---|---|---|
| HOUSTON IN PATIENT PHYSICIAN ASSOCIATES, PLLC | * | IN THE DISTRICT COURT |
| | * | |
| | * | HARRIS COUNTY, TEXAS |
| V. | * | |
| | * | |
| AETNA LIFE INSURANCE COMPANY | * | 164TH JUDICIAL DISTRICT |

RETURN OF SERVICE

My name is KITTY ESTES. I am at least 18 years of age. My address is 1722 Elmwood Boulevard, Dallas, Texas, 75224, USA. I am competent to make this oath. I have personal knowledge of the facts herein, and I hereby verify under penalty of perjury that they are true and correct in every detail. I am neither a party to nor interested in the outcome of the above-captioned suit. I am a process server certified under Texas Government Code §156.001(2) to execute citations and other notices of the Court, and make due return thereof. My process server certification number is PSC-19289. My certification expires 12/31/2026.

Came to hand on 24 April 2026 at 4:54 am and executed on 24 April 2026 at 11:43 am at 1999 Bryan Street Suite 900, Dallas, Texas, 75201, by delivering to AETNA LIFE INSURANCE COMPANY, Defendant, by delivering to CT Corporation System, registered agent, by delivering in person to Alexshondra Willis, employee, a true copy of Citation and Plaintiff's Original Petition, having first endorsed the date of delivery on the copy of the Citation.

To certify which witness my hand this 24 April 2026 in Dallas, Dallas County, Texas.

Kitty Estes

**KITTY ESTES**
Process Server
PSC-19289 Exp. 12/31/2026

FEE: $100.00
Taxable court cost advanced by plaintiff

Unofficial Copy Office of Marilyn Burgess District Clerk

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kevin Madden
Bar No. 24041376
kmm@kmaddenlaw.com
Envelope ID: 114183009
Filing Code Description: No Fee Documents
Filing Description: Return of Service
Status as of 4/28/2026 10:46 AM CST

Case Contacts

| **Name** | **BarNumber** | **Email** | **TimestampSubmitted** | **Status** |
|---|---|---|---|---|
| Kevin M.Madden | | kmm@kmaddenlaw.com | 4/28/2026 8:54:58 AM | SENT |

Unofficial Copy Office of Marilyn Burgess District Clerk