# EXHIBIT

# 3

5/17/2026 4:17 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 114996105
By: Regina Anders
Filed: 5/18/2026 12:00 AM

**NO. 2026-25657**

| | | |
|---|---|---|
| **HOUSTON IN PATIENT PHYSICIAN ASSOCIATES, PLLC,** | § | **IN THE DISTRICT COURT** |
| | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | **164TH JUDICIAL DISTRICT** |
| **v.** | § | |
| | § | |
| **AETNA LIFE INSURANCE COMPANY,** | § | |
| | § | |
| | § | |
| ***Defendant.*** | § | **HARRIS COUNTY, TEXAS** |

**AETNA LIFE INSURANCE COMPANY'S NON-WAIVER OF CONTRACTUAL RIGHTS AND ORIGINAL ANSWER SUBJECT THERETO**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Aetna Life Insurance Company ("Aetna" or "Defendant") files this Non-Waiver of Contractual Rights and Original Answer Subject Thereto in response to Plaintiff Houston In Patient Physician Associates, PLLC's Original Petition, and respectfully shows the Court as follows:

**I. NON-WAIVER OF CONTRACTUAL RIGHTS AND OTHER RIGHTS**

Defendant files this Answer subject thereto under the Texas Rules of Civil Procedure without waiver of any rights and defenses under relevant contracts, statute, rule, or law, including but not limited to, any right to demand binding arbitration.

**II. GENERAL DENIAL**

Pursuant to Texas Rule of Civil Procedure 92, Defendant generally denies each and every allegation in Plaintiff's Original Petition and demands strict proof of all matters pleaded.

**III. CONDITIONS PRECEDENT**

Without limiting its general denial, Defendant specifically denies that all conditions precedent have been performed or have occurred. Defendant denies, to the extent applicable, that

Unofficial Copy Office of Marilyn Burgess District Clerk

Plaintiff satisfied any contractual, administrative, statutory, and claim-specific requirements, including but not limited to, dispute procedures, appeal procedures, notice, and exhaustion of available contractual or administrative remedies.

## IV. PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff should take nothing by its claims.

Respectfully submitted,

HICKS THOMAS LLP

By: */s/ John B. Shely*
John B. Shely
State Bar No. 18215300
*jshely@Hicks-Thomas.com*
M. Katherine Strahan
State Bar No. 24013584
*kstrahan@Hicks-Thomas.com*
Tim Almohamad
State Bar No. 24142631
*Talmohamad@hicks-thomas.com*
700 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 547-9100

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that on May 17, 2026, a true and correct copy of the foregoing document was served on all counsel of record in accordance with the Texas Rules of Civil Procedure.

/s/ *Tim Almohamad*
Tim Almohamad

Unofficial Copy Office of Marilyn Burgess District Clerk

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Melissa Gaston on behalf of John Shely
Bar No. 18215300
mgaston@hicks-thomas.com
Envelope ID: 114996105
Filing Code Description: Answer/ Response / Waiver
Filing Description: Answer/ Response / Waiver
Status as of 5/18/2026 9:14 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kevin M.Madden | | kmm@kmaddenlaw.com | 5/17/2026 4:17:01 PM | SENT |
| John B.Shely | | jshely@hicks-thomas.com | 5/17/2026 4:17:01 PM | SENT |
| Katherine Strahan | | kstrahan@hicks-thomas.com | 5/17/2026 4:17:01 PM | SENT |

Unofficial Copy Office of Marilyn Burgess District Clerk