# EXHIBIT

# 4

# 202625657 - HOUSTON IN PATIENT PHYSICIAN ASSOCIATES PLLC vs. AETNA LIFE INSURANCE COMPANY (Court 164)

Print All (non-financial)
Chronological History

Summary | Images | Appeals | Cost Statements | Transfers | Post Trial Writs | Abstracts | Parties | Court Costs | Judgments/Events | Settings
Services/Notices | Court Registry | Child Support

* Note: Not every case file in our library of records is available in electronic format. (A document may be filed in a case that is not viewable electronically.) Only **non-confidential** civil/criminal documents are available to the public. If a document in a case you are looking for is not available, please click here to notify Customer Service.

Purchase Order
( 1 documents )
Print List

If you are not a litigant in this case, you may visit our Customer Service departments to obtain copies of documents. Confidential or Sealed documents may not be dispensed to public customers.

If you are a litigant that is a party of this case and would like access to the restricted documents, please click here.

Reset Sort

| Image No. | Type | Title | Post Jdgm | Date | Pages | Add Entire Case |
|---|---|---|---|---|---|---|
| 126717269 | Filing | Aetna Life Insurance Company's Non-Waiver of Contractual Rights and Original Answer subject thereto | | 05/18/2026 | 3 | Add to Basket |
| 126372911 | Filing | Return of Service | | 04/28/2026 | 3 | Add to Basket |
| 126302380 | Filing | Request for Issuance of Service | | 04/23/2026 | 2 | Add to Basket |
| 126192063 | Filing | Plaintiff's Original Petition | | 04/16/2026 | 7 | Item Added |