# EXHIBIT

# 6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **HOUSTON IN PATIENT PHYSICIAN ASSOCIATES, PLLC,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:26-cv-4105** |
| | § | |
| **AETNA LIFE INSURANCE COMPANY,** | § | |
| | § | |
| ***Defendant.*** | § | |
| | § | |

**LIST OF COUNSEL OF RECORD**

| Party Represented | Counsel of Record | Firm / Address / Telephone |
|---|---|---|
| **Plaintiff:**<br><br>Houston In Patient Physician Associates, PLLC | **Kevin M. Madden**<br>State Bar No. 24041376<br>kmm@kmaddenlaw.com | **Law Offices of Kevin Michael Madden, P.L.L.C.**<br><br>16310 State Highway 249, Unit 1304 Houston, Texas 77064<br>Telephone: (281) 888-9681<br>Facsimile: (832) 538-0937 |
| **Defendant:**<br><br>Aetna Life Insurance Company | **John B. Shely**<br>State Bar No. 18215300<br>Fed No. 7544<br>jshely@hicks-thomas.com<br><br>**M. Katherine Strahan**<br>State Bar No. 24013584<br>Fed No. 24259<br>kstrahan@hicks-thomas.com<br><br>**Bridget Vick**<br>State Bar No. 24069444<br>Fed No. 1061856<br>bvick@hicks-thomas.com<br><br>**Tim Almohamad**<br>State Bar No. 24142631<br>Fed. No. 3914740<br>talmohamad@hicks-thomas.com | **Hicks Thomas LLP**<br><br>700 Louisiana, Suite 2300<br>Houston, Texas 77002<br><br>Telephone: (713) 547-9100<br>Fax: (713) 547-9150 |

Respectfully submitted,

By: */s/ M. Katherine Strahan*

**John B. Shely**
State Bar No. 18215300
Fed No. 7544
*jshely@Hicks-Thomas.com*
**M. Katherine Strahan**
State Bar No. 24013584
Fed No. 24259
*kstrahan@Hicks-Thomas.com*
**Bridget Vick**
State Bar No. 24069444
Fed No. 1061856
*bvick@hicks-thomas.com*
**Tim Almohamad**
State Bar No. 24142631
Fed. No. 3914740
*Talmohamad@hicks-thomas.com*
HICKS THOMAS LLP
700 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 547-9100

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I certify that on May 22, 2026, a true and correct copy of the foregoing document was served on all counsel of record in accordance with the applicable rules.

By: */s/ Tim Almohamad*
Tim Almohamad